| | |
|---|---|
| 1 | ANTHONY J. ORSHANSKY, SBN 199364 |
| | ALEXANDRIA R. KACHADOORIAN, SBN 240601 |
| 2 | JUSTIN KACHADOORIAN, SBN 260356 |
| | COUNSELONE, PC |
| 3 | 9301 Wilshire Boulevard, Suite 650 |
| | Beverly Hills, California 90210 |
| 4 | Telephone: 310.277.9945 |
| | Facsimile: 424.277.3727 |
| 5 | Email: anthony@counselonegroup.com |
| |       alexandria@counselonegroup.com |
| 6 |       justin@counselonegroup.com |

Attorneys for Plaintiff
CHRISTOPHER JOHNSON

CONSTANCE E. NORTON, Bar No. 146365
C. ROBERT HARRINGTON, Bar No. 302239
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Fax No.: 415.399.8490
Email: cnorton@littler.com
      rharrington@littler.com

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ACCURATE BACKGROUND, LLC, a California limited liability company, FIRST CORPORATE CONSULTING INC., an Illinois corporation dba UNITED RISK INTERNATIONAL and INTERNATIONAL TRACE; NEVER ENDING IDENTITY SCREENING, LLC, a Virginia limited liability company; and NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, a District of Columbia corporation,<br><br>    Defendants. | CASE NO. 3:18-CV-00994 WHA<br><br>[Assigned to the Honorable William ~~H.~~ Alsup]<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION <u>WITH PREJUDICE</u> AS TO CLAIMS AGAINST DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK AND ~~[PROPOSED]~~ ORDER THERON** |

FIRMWIDE:165005001.3 090621.1044

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 3:18-CV-00994 WHA      JOINT STIP FOR DISMISSAL AND ORDER

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Christopher Johnson and Defendant National Railroad Passenger Corporation dba Amtrak ("Amtrak") stipulate to the **dismissal with prejudice** of Amtrak from this action, and each and every cause of action therein.

Each Party shall bear his or its own costs and attorneys' expenses.

**IT IS SO STIPULATED.**

DATED: July 25, 2019

*/s/ C. Robert Harrington*
CONSTANCE E. NORTON
C. ROBERT HARRINGTON
LITTLER MENDELSON, P.C.

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

DATED: July 25, 2019

*/s/ Justin Kachadoorian*
ANTHONY J. ORSHANSKY
ALEXANDRIA R. KACHADOORIAN
JUSTIN KACHADOORIAN
COUNSELONE, PC

Attorneys for Plaintiff
CHRISTOPHER JOHNSON

**ATTESTATION FOR COMPLIANCE WITH CIVIL L.R. 5-1(i)(3)**

I, C. Robert Harrington, attest that concurrence in the filing of this document has been obtained from the above signatories.

DATED: July 25, 2019

*/s/ C. Robert Harrington*
C. Robert Harrington
LITTLER MENDELSON, P.C.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

FIRMWIDE:165005001.3 090621.1044

CASE NO. 3:18-CV-00994 WHA          JOINT STIP FOR DISMISSAL AND ORDER

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____August 7_____, 2019

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

FIRMWIDE:165005001.3 090621.1044

2.

CASE NO. 3:18-CV-00994 WHA

JOINT STIP FOR DISMISSAL AND ORDER